United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 21-01819-HWV

William Harvey Goodling                                             Chapter 13

Kelly Jean Goodling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2

Date Rcvd: Nov 16, 2021                     Form ID: pdf010                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

**Recip ID            Recipient Name and Address**
5431101           +  ROBERT GOODLING, 575 DOGWOOD DRIVE, MECHANICSBURG, PA 17055-6176

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Dorothy L Mott
                                  on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com
                                  karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr
                                  on@gmail.com

Dorothy L Mott
                                  on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com
                                  karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr
                                  on@gmail.com

Jack N Zaharopoulos (Trustee)
                                  TWecf@pamd13trustee.com

Jenna Anne Ratica
                                  on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue
                                  jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov

Kara Katherine Gendron

>on behalf of Debtor 1 William Harvey Goodling
>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron

>on behalf of Debtor 2 Kelly Jean Goodling
>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz

>on behalf of Creditor US Bank Trust National Association  not it its Individual Capacity But solely As Owner Trustee for
>VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee

>ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| WILLIAM HARVEY GOODLING and | : | No. 1:21-bk-01819-HWV |
| KELLY JEAN GOODLING, | : | |
| Debtors | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, | : | |
| Movant | : | |
| | : | |
| WILLIAM HARVEY GOODLING and | : | |
| KELLY JEAN GOODLING, | : | |
| Respondents | : | |
| | : | |

**ORDER GRANTING MOTION FOR EXAMINATION PURSUANT TO
FED. R. BANK. P. 2004**

Upon the motion of the Commonwealth of Pennsylvania, Department of Revenue, for an

order authorizing the examination of Debtors, William Harvey Goodling Kelly Jean Goodling,

Mortgagee Robert E. Goodling, and Broker Jane Adams, and pursuant to Rule 2004 and Local

Rule 2004-1, having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance

with Fed. R. Bankr. R. 2004(b) at a mutually agreed time and place. If attendance and production

of documents cannot be obtained voluntarily, Movant may compel attendance and production of

documents as provided in Fed. R. Bankr. P. 2004(c).

Dated:  November 16, 2021          By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)