United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01819-HWV |
| William Harvey Goodling | Chapter 13 |
| Kelly Jean Goodling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

**Recip ID**      **Recipient Name and Address**
    +  SMITH ELECTRIC, SCOTT SMITH, 3223 SEAGERTOWN ROAD, BLAIN, PA 17006-6425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |

Kara Katherine Gendron
 on behalf of Debtor 1 William Harvey Goodling
 karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron
 on behalf of Debtor 2 Kelly Jean Goodling
 karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz
 on behalf of Creditor US Bank Trust National Association not it its Individual Capacity But solely As Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING : | |
| fdba William H. Goodling Construction : | CASE NO. 1:21-bk-01819 |
| KELLY JEAN GOODLING, : | |
|     Debtors : | |
| : | |
| WILLIAM HARVEY GOODLING : | |
| fdba William H. Goodling Construction : | |
| KELLY JEAN GOODLING, : | |
|     Movants : | |
| : | |
| : | |
|     v. : | |
| : | |
| SCOTT SMITH, SMITH ELECTRIC, : | |
|     Respondent : | |
| : | |

**O R D E R**

    UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
    ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of SMITH ELECTRIC in the approximate amount of $4,926.50 entered in Cumberland County at docket number # 2014-02566 be and hereby is avoided; it is further
    ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Cumberland County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: November 17, 2021    By the Court,

*[signature]*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)