United States Bankruptcy Court

Middle District of Pennsylvania

In re:

William Harvey Goodling

Kelly Jean Goodling

    Debtors

Case No. 21-01819-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5431096 | + KOHL BUILDING PRODUCTS, 1047 OLD BERRYVILLE ROAD, READING, PA 19605-9311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | |
| | on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com<br>karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | |
| | on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com<br>karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | |
| | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue<br>jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |

Kara Katherine Gendron

> on behalf of Debtor 1 William Harvey Goodling
> karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron

> on behalf of Debtor 2 Kelly Jean Goodling
> karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz

> on behalf of Creditor US Bank Trust National Association  not it its Individual Capacity But solely As Owner Trustee for
> VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee

> ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| fdba William H. Goodling Construction | : | CASE NO. 1:21-bk-01819 |
| KELLY JEAN GOODLING, | : | |
|     Debtors | : | |
| | : | |
| | : | |
| WILLIAM HARVEY GOODLING | : | |
| fdba William H. Goodling Construction | : | |
| KELLY JEAN GOODLING, | : | |
|     Movants | : | |
| | : | |
| | : | |
| | : | |
|   v. | : | |
| | : | |
| KOHL BUILDING PRODUCTS, | : | |
|     Respondent | : | |
| | : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby

ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of KOHL BUILDING PRODUCTS in the approximate amount of $6,723.10 entered in Cumberland County at docket number # 2014-02323 be and hereby is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Cumberland County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: November 17, 2021        By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)