In re:                                                                                     Case No. 21-01819-HWV

William Harvey Goodling                                                        Chapter 13

Kelly Jean Goodling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2

Date Rcvd: Nov 18, 2021                   Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

**Recip ID**    **Recipient Name and Address**

   +  Jane Adams, 610 Lowther Road, Lewisberry, PA 17339-9525

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                        Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Dorothy L Mott

    on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Dorothy L Mott

    on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Jack N Zaharopoulos (Trustee)

    TWecf@pamd13trustee.com

Jenna Anne Ratica

    on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania  Department of Revenue
jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov

Kara Katherine Gendron

on behalf of Debtor 1 William Harvey Goodling
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron

on behalf of Debtor 2 Kelly Jean Goodling
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz

on behalf of Creditor US Bank Trust National Association  not it its Individual Capacity But solely As Owner Trustee for
VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| WILLIAM HARVEY GOODLING and | : | No. 1:21-bk-01819-HWV |
| KELLY JEAN GOODLING, | : | |
| Debtors | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, | : | |
| Movant | : | |
| | : | |
| WILLIAM HARVEY GOODLING and | : | |
| KELLY JEAN GOODLING, | : | |
| Respondents | : | |
| | : | |

## ORDER GRANTING MOTION FOR EXAMINATION PURSUANT TO
## FED. R. BANK. P. 2004

Upon the motion of the Commonwealth of Pennsylvania, Department of Revenue, for an

order authorizing the examination of Debtors, William Harvey Goodling Kelly Jean Goodling,

Mortgagee Robert E. Goodling, and Broker Jane Adams, and pursuant to Rule 2004 and Local

Rule 2004-1, having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance

with Fed. R. Bankr. R. 2004(b) at a mutually agreed time and place. If attendance and production

of documents cannot be obtained voluntarily, Movant may compel attendance and production of

documents as provided in Fed. R. Bankr. P. 2004(c).

Dated:  November 16, 2021          By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)