UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM HARVEY GOODLING and KELLY JEAN GOODLING<br>　Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| WILLIAM HARVEY GOODLING and KELLY JEAN GOODLING<br>　Respondents | : | CASE NO. 1-21-bk-01819 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtors' plan is not feasible and cannot be administered due to the lack of the following:

    a. Last paystub dated November, 2021. (Second request)

2. The Trustee avers that debtors' plan is not feasible based on the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J. (Monthly Net Income is $603.83.)
    b. Unfunded lump sum payment in month 60.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.
  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/James K. Jones
　　　Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 21st day of December, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA  17101

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee