UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM HARVEY GOODLING and<br>KELLY JEAN GOODLING<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| WILLIAM HARVEY GOODLING and<br>KELLY JEAN GOODLING<br>    Respondents | : | CASE NO.   1-21-bk-01819 |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this   5th   day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtors' plan is not feasible and cannot be administered due to the lack of the following:

   a. Last paystub dated December, 2021. (Third request)

2. The Trustee avers that debtors' plan is not feasible based on the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J. (Monthly Net Income is $603.83.)

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/James K. Jones
        Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this 5th day of January, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

                                           /s/Deborah A. Behney
                                           Office of Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee