United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>William Harvey Goodling<br>Kelly Jean Goodling<br>    Debtors | Case No. 21-01819-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 27, 2022     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Kara Katherine Gendron | on behalf of Debtor 1 William Harvey Goodling karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 2 Kelly Jean Goodling karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association not it its Individual Capacity But solely As Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| William Harvey & Kelly Jean Goodling | : | |
| | : | Case No. 1:21-bk-1819-HWV |
| Debtors | : | |
| | : | |
| Pennsylvania Department of Revenue | : | |
| Movant | : | |
| | : | |
| William Harvey & Kelly Jean Goodling | : | |
| Respondents | : | |

## ORDER

The Debtors' Second Amended Chapter 13 Plan (the "Plan") and the Objection of the Commonwealth of Pennsylvania, Department of Revenue to same (the "Objection") having come this day before the Court, and after notice and a hearing, and for the reasons stated on the record, it is hereby

ORDERED, that the Objection is OVERRULED to the extent that it relies on 11 U.S.C. § 1325(a)(5) as a basis for denying confirmation of the Plan; and it is further

ORDERED, that the hearing on the Objection as to all other grounds is continued to February 23, 2022, at 9:30 a.m. at the US Courthouse/Ronald Reagan Federal Building, Bankruptcy Courtroom, 3rd floor, Harrisburg, PA 17101.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 26, 2022