United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01819-HWV |
| William Harvey Goodling | Chapter 13 |
| Kelly Jean Goodling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

**Recip ID    Recipient Name and Address**
aty    + Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |

Kara Katherine Gendron
   on behalf of Debtor 1 William Harvey Goodling
   karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron
   on behalf of Debtor 2 Kelly Jean Goodling
   karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Rebecca Ann Solarz
   on behalf of Creditor US Bank Trust National Association not it its Individual Capacity But solely As Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| WILLIAM HARVEY GOODLING | : | No. 1:21-bk-01819-HWV |
| and | : | |
| KELLY JEAN GOODLING, | | |
| Debtors | | |

## ORDER

It is hereby **ORDERED** that Brad G. Kubisiak, Deputy Attorney General, Pennsylvania Office of Attorney General, is admitted *pro hac vice* to represent the Commonwealth of Pennsylvania, Department of Revenue in the above-captioned bankruptcy.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 23, 2022