United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William Harvey Goodling  
Kelly Jean Goodling  
    Debtors

Case No. 21-01819-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | William Harvey Goodling, f/d/b/a William H. Goodling Construction, 395 Alison Avenue, Mechanicsburg, PA 17055-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad Kubisiak | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| Dorothy L Mott | on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

Jenna Anne Ratica
   on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue
   jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov

Kara Katherine Gendron
   on behalf of Debtor 1 William Harvey Goodling
   karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron
   on behalf of Debtor 2 Kelly Jean Goodling
   karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kimberly A Bonner
   on behalf of Creditor Orrstown Bank kab@jsdc.com jnr@jsdc.com

Rebecca Ann Solarz
   on behalf of Creditor US Bank Trust National Association not it its Individual Capacity But solely As Owner Trustee for
   VRMTG Asset Trust bkgroup@kmllawgroup.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Harvey Goodling f/d/b/a William H. Goodling Construction<br>Kelly Jean Goodling<br>      Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, not it its Individual Capacity But solely As Owner Trustee for VRMTG Asset Trust<br>      Movant<br>vs.<br>William Harvey Goodling f/d/b/a William H. Goodling Construction<br>Kelly Jean Goodling<br>      Debtor(s)<br><br>Jack N. Zaharopoulos<br>      Trustee | NO. 21-01819 HWV<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

_____
Henry W Van Eck, Chief Bankruptcy Judge
Dated: April 13, 2022