LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
William Harvey Goodling
Kelly Jean Goodling

Debtor(s)

Commonwealth of Pennsylvania,
Department of Revenue

Plaintiff(s)/Movant(s)
vs.
William Harvey Goodling
Kelly Jean Goodling

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 1 - 21 -bk- 01819-HWV

ADVERSARY NO. __ -__ -ap- _____
(if applicable)

Nature of Proceeding: _____
Confirmation Hearing

Document #: 79

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Undersigned counsel has a mandatory office retreat in Gettysburg, Pennsylvania on May 24 and May 25, 2022, which all attorneys with the Pennsylvania Office of Attorney General are required to attend. Accordingly, due to this mandatory office retreat, there are no other attorneys at the Pennsylvania Office of Attorney General that could appear on behalf of undersigned counsel. Additionally, debtors' counsel have noted that they have prior obligations throughout the month of June and early July, and, therefore, undersigned counsel respectfully requests that this matter's confirmation hearing be continued until mid-July.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 12, 2022

*/s/ Brad L.K.*

Attorney for PA Department of Revenue
Name: Brad G. Kubisiak
Phone Number: (215) 560-2133

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.