IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| WILLIAM HARVEY GOODLING, and | : | 1:21-bk-01819-HWV |
| KELLY JEAN GOODLING, | : | |
| Debtors | : | Electronically Filed Document |

## REQUEST FOR AUDIO RECORDING

NOW, comes the Commonwealth of Pennsylvania, Department of Revenue, and requests the audio recording for the following hearing before this Court:

Case: In re Goodling
Docket Number: 1:21-bk-01819
Matter: Plan Confirmation Hearing
Hearing Date: July 13, 2022
Hearing Time: 9:30 a.m.
Order on Hearing List: 9th

                                                                                              Respectfully submitted,

                                                                                              JOSH SHAPIRO
                                                                                              Attorney General

By:    */s/ Jenna Anne Ratica*
       **JENNA ANNE RATICA**

Office of Attorney General                          Deputy Attorney General
Financial Enforcement Section                 PA Attorney ID 326424
15th Floor, Strawberry Square
Harrisburg, PA 17120                                  CAROL E. MOMJIAN
Telephone (717) 787-8106                       Chief Deputy Attorney General
                                                                             Financial Enforcement Section

jratica@attorneygeneral.gov

                                                                                              Counsel for Commonwealth of Pennsylvania
Date: July 19, 2022                                    Department of Revenue