IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| WILLIAM H. GOODLING and KELLY J. GOODLING | : | CASE NO.: 1-21-01819 |
| Debtors. | : | |

===================================================================

| ORRSTOWN BANK, | : | |
|---|---|---|
| Movant. | : | |
| and | : | |
| WILLIAM H. GOODLING and KELLY J. GOODLING and CHARLES J. DEHART, III, Chapter 13 Trustee, | : | |
| Respondents. | : | |

# ORDER OF COURT

AND NOW, upon consideration of the Certification of Default under Stipulation for Settlement of Orrstown Bank's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** the Automatic Stay be and hereby is terminated as it affects the interest of Movant in and to the Real Property of Debtors located at 395 Alison Avenue, Mechanicsburg PA 17057.