IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING : | |
| Goodling, William Harvey : | CASE NO. 1:21-bk-01819 |
| KELLY JEAN GOODLING : | |
| Debtors : | |
| : | CERTIFICATE OF DEFAULT |
| ORRSTOWN BANK, : | |
| Movant : | |
| : | |
| WILLIAM HARVEY GOODLING : | |
| Goodling, William Harvey : | |
| KELLY JEAN GOODLING, : | |
| Respondents : | |

## ANSWER TO CERTIFICATE OF DEFAULT

The Debtors believe they are current on the stipulation payments and will provide proof of payment.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

                                    Respectfully submitted,

                                    /s/ Dorothy L. Mott

                                    _____
                                    Dorothy L. Mott, Esquire
                                    Attorney ID 43568
                                    Mott & Gendron Law
                                    125 State Street
                                    Harrisburg, PA 17101
                                    (717) 232–6650 TEL
                                    (717) 232-0477 FAX
                                    doriemott@aol.com