IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| WILLIAM HARVEY GOODLING and | : | |
| KELLY JEAN GOODLING | : | CASE NO.: 1-21-01819 |
| Debtors. | : | |

================================================================

| | | |
|---|---|---|
| ORRSTOWN BANK, | : | |
| | : | |
| Movant. | : | |
| and | : | |
| WILLIAM HARVEY GOODLING and KELLY | : | |
| JEAN GOODLING and JACK N. | : | |
| ZAHAROPOULOS, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

## **PRAECIPE TO WITHDRAW ORRSTOWN'S CERTIFICATE OF DEFAULT**

TO THE CLERK:

Please mark the Certificate of Default filed on behalf of Orrstown Bank on July 31, 2023 (Doc No. 102) as withdrawn.

                        JSDC LAW OFFICES

BY:   /s/ Kimberly A. Bonner, Esquire
        Scott A. Dietterick, Esquire (PA I.D. #55650)
        Kathryn L. Mason, Esquire (PA I.D. #306779)
        Kimberly A. Bonner, Esquire (PA I.D. #89705)
        11 E. Chocolate Avenue, Suite 300
        Hershey, PA 17033
        Phone: (717) 533-3280
        Fax: (717) 298-2019
        Email: sad@jsdc.com; klm@jsdc.com; kab@jsdc.com
        *Attorneys for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| WILLIAM HARVEY GOODLING and | : | |
| KELLY JEAN GOODLING | : | CASE NO.: 1-21-01819 |
| | : | |
| Debtors. | : | |

===============================================================

| | |
|---|---|
| ORRSTOWN BANK, | : |
|         Movant. | : |
|   and | : |
| WILLIAM HARVEY GOODLING and KELLY | : |
| JEAN GOODLING and JACK N. | : |
| ZAHAROPOULOS, | : |
| Chapter 13 Trustee, | : |
|         *Respondents.* | : |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following this 13th day of November, 2023, via ECF Notification and/or via First Class U. S. Mail, Postage Pre-paid:

| | | |
|---|---|---|
| Kara Katherine Gendron | Jack N Zaharopoulos | William J. Goodling |
| Dorothy L. Mott | (Trustee) | Kelly J. Goodling |
| Mott & Gendron Law | Standing Chapter 13 Trustee | 395 Alison Ave |
| 125 State Street | 8125 Adams Drive | Mechanicsburg PA 17055 |
| Harrisburg, PA 17101 | Suite A | *Debtor* |
| *Attorney for Debtor* | Hummelstown, PA 17036 | |
| | *Chapter 13 Trustee* | |

JSDC LAW OFFICES

BY:   /s/ Kimberly A. Bonner, Esquire
       Scott A. Dietterick, Esquire (PA I.D. #55650)
       Kathryn L. Mason, Esquire (PA I.D. #306779)
       Kimberly A. Bonner, Esquire (PA I.D. #89705)
       11 E. Chocolate Avenue, Suite 300
       Hershey, PA 17033
       Phone: (717) 533-3280
       Fax: (717) 298-2019
       Email: sad@jsdc.com; klm@jsdc.com; kab@jsdc.com
       *Attorneys for Movant*