IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| FDBA WILLIAM H. GOODLING | : | CASE NO. 1:21-bk-01819 |
| CONSTRUCTION | : | |
| KELLY JEAN GOODLING | : | |
|   Debtors | : | |

**MOTION TO TERMINATE
WAGE ATTACHMENT TO PAY TRUSTEE**

Come now the Debtors, William Harvey Goodling and Kelly Jean Goodling, by and through Dorothy L. Mott, Esquire and move this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtors filed a Chapter 13 Petition on August 18, 2021.
2. The Debtors wish to terminate the wage attachment.

Wherefore, the Debtors respectfully request that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire,
Attorney ID 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| FDBA WILLIAM H. GOODLING | : | CASE NO. 1:21-bk-01819 |
| CONSTRUCTION | : | |
| KELLY JEAN GOODLING | : | |
|   Debtors | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtors in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.