United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01819-HWV |
| William Harvey Goodling | Chapter 13 |
| Kelly Jean Goodling | |
|     Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 30, 2025  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

**Recip ID**     **Recipient Name and Address**
    + Carlisle Inc, Attn: Payroll Department, 16430 N Scottsdale Rd, Ste 400, Scottsdale, AZ 85254-1501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brad Kubisiak
    on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov

Denise E. Carlon
    on behalf of Creditor US Bank Trust National Association not it its Individual Capacity But solely As Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Dorothy L Mott
    on behalf of Debtor 2 Kelly Jean Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Dorothy L Mott
    on behalf of Debtor 1 William Harvey Goodling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr

| | |
|---|---|
| | on@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 William Harvey Goodling karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Kelly Jean Goodling karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kelly M. Appleyard | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Kimberly A Bonner | on behalf of Creditor Orrstown Bank kab@jsdc.com  jnr@jsdc.com |
| Laura Egerman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| FDBA WILLIAM H. GOODLING | : | CASE NO. 1:21-bk-01819 |
| CONSTRUCTION | : | |
| KELLY JEAN GOODLING | : | |
|   Debtors | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtors in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 30, 2025