IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| fdba William H. Goodling Construction | : | CASE NO. 1:21-bk-01819 |
| KELLY JEAN GOODLING | : | |
|    Debtors | : | |
| | : | |
| | : | |

**MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)**

    COME NOW the Debtors, by and through attorney Dorothy L. Mott of Mott & Gendron Law and move to dismiss the Chapter 13 proceeding.
1. The Debtors wish to dismiss this bankruptcy case.
2. This case has not been converted to Chapter 13 from another Chapter.
3. Under 11 U.S.C.§1307(b) the Debtor is entitled to have this case dismissed at any time.

    WHEREFORE, the Debtors respectfully request that this Court dismiss this case and grant such other relief as this Court deems just.

/s/ William Harvey Goodling
_____
WILLIAM HARVEY GOODLING

/s/ Kelly Jean Goodling
_____
KELLY JEAN GOODLING

                                                      Respectfully submitted,

                                                      /s/ Dorothy L. Mott

                                                      _____
                                                      Dorothy L. Mott, Esquire
                                                      Attorney ID 43568
                                                      Mott & Gendron Law
                                                      125 State Street
                                                      Harrisburg, PA 17101
                                                      doriemott@aol.com
                                                      (717) 232–6650 TEL
                                                      (717) 232-0477 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM HARVEY GOODLING | : | |
| fdba William H. Goodling Construction | : | CASE NO. 1:21-bk-01819 |
| KELLY JEAN GOODLING | : | |
|    Debtors | : | |
| | : | |

## ORDER DISMISSING CASE

    Upon consideration of the above-named Debtors having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.